**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE CO. LTD. (F/K/A HUAWEI DEVICE (DONGGUAN) CO.), HUAWEI DEVICE (SHENZHEN) CO., LTD. (F/K/A HUAWEI DEVICE CO., LTD.), HUAWEI DEVICE USA, INC.<br><br>Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 6:20-cv-539-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S ANSWER TO DEFENDANTS' FIRST AMENDED COUNTERCLAIMS**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby submits its Answer to Defendants' First Amended Counterclaims ("Counterclaims"). Plaintiff denies all allegations in the Counterclaims not specifically admitted below. In responding to the Counterclaims, Plaintiff uses headings employed by Defendants strictly as a convenience to the Court and does not admit any allegation made in, or inference suggested by, such headings. Plaintiff answers the numbered paragraphs of the Counterclaims as follows:

**THE PARTIES AND NATURE OF THE ACTION**

1. Plaintiff admits the allegations in paragraph 1 of the Counterclaims.

2. Plaintiff admits only that Huawei Technologies USA is a corporation organized and existing under the laws of Texas that maintains an established place of business at 2391 NE

Interstate 410 Loop, San Antonio, TX 78217. Otherwise, Plaintiff denies the allegations in paragraph 2 of the Counterclaims.

3. Plaintiff admits the allegations in paragraph 3 of the Counterclaims.

4. Plaintiff admits only that the Counterclaims speak for themselves. Otherwise, Plaintiff denies the allegations in paragraph 4 of the Counterclaims and denies that Defendants are entitled to the relief they request.

5. Plaintiff admits Huawei Device USA is a Texas corporation having a principal place of business at 5700 Tennyson Parkway, Suite 600, Plano, Texas 75024.

6. Plaintiff admits it is a limited liability corporation organized and existing under the laws of Delaware, with its principal place of business at 606 Austin Ave., Ste. 6, Waco, TX 76701.

7. Paragraph 7 requires no answer. To the extent an answer is required, Plaintiff admits only that Counterclaim speaks for itself. Plaintiff denies that Defendants are entitled to the relief they seek.

## JURISDICTION AND VENUE

8. Plaintiff admits that this Court has jurisdiction over Plaintiff's claims. Otherwise, denied.

9. Plaintiff admits that this Court has jurisdiction over Plaintiff's claims. Otherwise, denied.

10. Plaintiff admits venue is proper in this Court. Otherwise, denied.

## COUNT I – DECLARATION OF INVALIDITY OF THE '627 PATENT

11. To the extent a response is required to paragraph 8 of the Counterclaims, denied.

12. Plaintiff admits a judicial controversy has arisen concerning Defendants' infringement of the patent-in-suit. Otherwise, denied.

13. Plaintiff denies the allegations in paragraph 13.

14. Plaintiff denies the allegations in paragraph 14.

15. Plaintiff denies the allegations in paragraph 15.

16. Plaintiff denies the allegations in paragraph 16.

## COUNT II – DECLARATION OF NON-INFRINGEMENT OF THE ’627 PATENT

17. To the extent a response is required to paragraph 17 of the Counterclaims, denied.

18. Plaintiff admits a judicial controversy has arisen concerning Defendants’ infringement of the patent-in-suit. Otherwise, denied.

19. Plaintiff denies the allegations in paragraph 19.

20. Plaintiff denies the allegations in paragraph 20.

21. Plaintiff denies the allegations in paragraph 21.

22. Plaintiff denies the allegations in paragraph 22.

## JURY DEMAND

Plaintiff admits this paragraph contains a demand for jury trial to which no response is required.

## PRAYER FOR RELIEF

Plaintiff denies any factual assertions in the Request for Relief and further denies that Defendants are entitled to any of the relief sought in the Request for Relief.

All allegations in Defendants’ counterclaims that are not specifically admitted herein are denied.

Dated: November 3, 2020

Respectfully submitted,

*/s/ Ryan S. Loveless*

James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Brett A. Mangrum
Texas State Bar No. 24065671
Travis Lee Richins
Texas State Bar No. 24061296
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on November 3, 2020 the foregoing document was served upon all counsel of record via the court's electronic filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Ryan S. Loveless*
Ryan S. Loveless